```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 16299
   SHARON A HARRIS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3089

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/07/2007 and was confirmed 02/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/29/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
---------------------------------------------------------------------------
SAXON MORTGAGE SERVICES  CURRENT MORTG            .00            .00            .00
SAXON MORTGAGE SERVICES  MORTGAGE ARRE            .00            .00            .00
CITY OF CHICAGO WATER DE SECURED               595.36            .00         198.50
CAVALIER TELEPHONE       UNSEC W/INTER NOT FILED                 .00            .00
HSBC MASTERCARD          UNSEC W/INTER NOT FILED                 .00            .00
JOHN STROGER HOSPITAL    UNSEC W/INTER NOT FILED                 .00            .00
JOHN STROGER HOSPITAL    UNSEC W/INTER NOT FILED                 .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED                 .00            .00
LAKISHA HARRIS           NOTICE ONLY   NOT FILED                 .00            .00
RJM AQUISITIONS FUNDING  UNSEC W/INTER    35.20                  .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER   159.30                  .00            .00
COOK COUNTY TREASURER    SECURED             .00                 .00            .00
PALISADES COLLECTION LLC UNSEC W/INTER   286.39                  .00            .00
CITY OF CHICAGO PARKING  UNSEC W/INTER  3472.53                  .00            .00
BURNS & WINCEK LTD       DEBTOR ATTY   3,500.00                             1,871.50
TOM VAUGHN               TRUSTEE                                              180.00
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   2,250.00

PRIORITY                                                .00
SECURED                                              198.50
UNSECURED                                               .00
ADMINISTRATIVE                                     1,871.50
TRUSTEE COMPENSATION                                 180.00
DEBTOR REFUND                                           .00
                         ---------------      ---------------
TOTALS                    2,250.00                 2,250.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16299 SHARON A HARRIS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16299 SHARON A HARRIS